NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**In Re LENOVO GROUP LIMITED,**

*Petitioner*

---

2024-106

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in No. 2:22-cv-00280-RWS-RSP, Judge Robert Schroeder, III.

---

**ON PETITION**

---

**O R D E R**

Upon consideration of the parties' joint stipulation of voluntary dismissal pursuant to Federal Rule of Appellate Procedure 42(b)(1),

2                                                    IN RE LENOVO GROUP LIMITED

IT IS ORDERED THAT:

The petition is voluntarily dismissed.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

June 4, 2024
Date